PD-0514-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/29/2015 4:19:59 PM
Accepted 7/1/2015 1:14:54 PM
ABEL ACOSTA
CLERK

NO.  PD-0514-15

| | | |
|---|---|---|
| WILLIAM GRANT DORSETT | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

### SECOND MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes William Grant Dorsett, Appellant in the above styled and numbered cause, and moves for an extension of time of 45 days to file a petition for discretionary review, and for good cause shows the following:

1.    On March 31, 2015, the 12th Court of Appeals affirmed Appellant's conviction. *William Grant Dorsett v. State*, in an unpublished opinion with no available citation.  Appellant previously filed a *pro se* motion to extend the deadline for filing his petition for discretionary review, which was granted by this Court.  Accordingly, this petition is currently due on June 29, 2015.

2.    Counsel has been unable to complete the petition for the following reasons: counsel was retained by Appellant on June 19, 2015, for his petition for discretionary review. Counsel has not yet had sufficient time to review the record and prepare Appellant's petition.

3.    Defendant is currently free on bond.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests an extension of 45 days, i.e. until August 13, 2015, to file a petition for discretionary review.

Respectfully submitted,

FILED IN
COURT OF CRIMINAL APPEALS

July 1, 2015

ABEL ACOSTA, CLERK

MITCH ADAMS, ATTORNEY AT LAW
216 West Erwin Street
Suite 350
Tyler, Texas 75702
Tel: (903) 630-7444
Fax: (903) 471-0147

By: _____

Mitch Adams
State Bar No. 24006737
mitchadams@mitchadamslaw.com
Attorney for William Grant Dorsett

## CERTIFICATE OF SERVICE

This is to certify that on June 29, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Henderson County, Henderson County Courthouse, 109 West Corsicana Street, Suite 103, Athens, Texas 75751, by electronic service through the Electronic Filing Manager.

_____
Mitch Adams